Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
        scrawford@bfesf.com

Attorneys for Defendants
ROGER CANADY and DANIEL TORRES

Justin K. Tabayoyon Esq., SBN 288957
LAW OFFICES OF JUSTIN KIRK TABAYOYON
1000 North Texas Street, Suite A
Fairfield, CA 94533
Telephone: (707) 726-6009
Facsimile: (707) 312-8790
Email: justin@tabayoyonlaw.com

Attorneys for Plaintiff
CHRISTOPHER PUHR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PUHR<br><br>    Plaintiff,<br><br>v.<br><br>ROGER CANADY, et al.,<br><br>    Defendants. | Case No. 2:21-cv-01858-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES**<br><br><br><br>**Hon. Troy L. Nunley** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that the Pretrial Schedule in this matter be modified as detailed below to accommodate the Parties' attempts to resolve this matter.

WHEREAS, on October 12, 2021 United States District Judge Nunley issued the initial pretrial scheduling order in this matter. (Dkt. No. 5);

WHEREAS, per the scheduling order, fact discovery closes on November 2, 2023, expert disclosures are due on January 19, 2024 and rebuttal expert disclosures are due on February 20, 2024;

WHEREAS the Parties wish to minimize attorneys' fees and costs while engaging in the settlement process; and

WHEREAS, the requested modifications will not otherwise impact the trial date as no trial date

has been set.

## STIPULATION

NOW, THEREFORE, the Parties STIPULATE TO and JOINTLY REQUEST that this Court continue the pretrial schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff | November 20, 2023 | February 28, 2024 |
| Expert Disclosures | January 19, 2024 | March 30, 2024 |
| Disclosure of Rebuttal Experts | February 20, 2024 | April 15, 2024 |
| Last Day to file Dispositive Motion | May 20, 2024 | No change |

Dated: November 1, 2023              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  */s/ Richard W. Osman*
     Richard W. Osman
     Sheila D. Crawford
     Attorneys for Defendants
     ROGER CANADY and DANIEL TORRES

Dated: November 1, 2023              LAW OFFICES OF JUSTIN K. TABAYOYON

By:  */s/ Justin K. Tabayoyon*
     Justin K. Tabayoyon, Esq.
     Attorneys for Plaintiff
     CHRISTOPHER PUHR

## ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: November 1, 2023              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*/s/ Richard W. Osman*
Richard W. Osman

STIPULATION TO CONTINUE PRETRIAL DEADLINES; ORDER
Case No.: 2:21-cv-01858-TLN-CKD

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, the schedule is modified as follows:

| Event | Current Deadline | Deadline |
|---|---|---|
| Fact Discovery Cutoff | November 20, 2023 | February 28, 2024 |
| Expert Disclosures | January 19, 2024 | **March 29, 2024** |
| Disclosure of Rebuttal Experts | February 20, 2024 | April 15, 2024 |
| Last Day to file Dispositive Motion | May 20, 2024 | No change |

**IT IS SO ORDERED.**

DATED: November 2, 2023

Troy L. Nunley
United States District Judge